■ WILLIAM L. CROKER, Respondent, v. ESTATE OF JAMES C. REARDON, Appellant.— Order unanimously affirmed, with costs upon the opinion at Special Term. (Appeal from order of Seneca Special Term, denying motion to stay arbitration.) Present — Goldman, P. J., Marsh, Moule, Cardamone and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM MILES, Appellant.— Judgment unanimously affirmed. (See *People* v. *Warner*, 33 A D 2d 1097.) (Appeal from judgment of Oneida County Court convicting defendant of manslaughter, first degree.) Present — Goldman, P. J., Del Vecchio, Witmer, Moule and Henry, JJ.

■ HENRY M. NAYLON, Appellant, v. WILLIAM J. MAGAVERN, II, Respondent. WILLIAM J. MAGAVERN, II, Defendant and Interpleading Plaintiff, Respondent, v. ROBERT M. JAMES, JR., Interpleaded Defendant, Respondent.— Judgment unanimously affirmed, with costs, upon the opinion at Special Term. (Appeal from judgment of Erie Trial Term in action to recover common stock.) Present — Goldman, P. J., Del Vecchio, Witmer, Moule and Henry, JJ.